# Third District Court of Appeal

## State of Florida

Opinion filed April 19, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-119
Lower Tribunal No. F22-21141
_____

**Larry L. Bland,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Larry L. Bland, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and HENDON and BOKOR, JJ.

PER CURIAM.

Larry L. Bland appeals the trial court's order denying his petition for a writ of habeas corpus.  Bland alleges that he is being held illegally due to an infirmity in the judgment and sentence entered by the trial court after a conviction in the First Judicial Circuit.  The trial court of the Eleventh Judicial Circuit does not have jurisdiction to consider and determine a petition for a writ of habeas corpus that collaterally attacks the judgment and sentence imposed in the First Judicial Circuit.  See Broom v. State, 907 So. 2d 1261 (Fla. 3d DCA 2005).  We therefore reverse and remand with instructions to transfer Bland's petition to the First Judicial Circuit. See Peoples v. State, 260 So. 3d 365 (Fla. 3d DCA 2018).

Reversed and remanded with instructions.